USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRE CANADA INC., SHIRE
INTERNATIONAL LICENSING B.V., and
SHIRE US INC.,

                  Plaintiffs,

    - against -

BARR LABORATORIES, INC.,

                  Defendant.

09 Civ. 02380 (PGG) (KNF)

**ORDER**

---

SHIRE CANADA INC., SHIRE
INTERNATIONAL LICENSING B.V., and
SHIRE US INC.,

                    Plaintiffs,

    - against -

MYLAN INC., MYLAN
PHARMACEUTICALS, INC. and MATRIX
LABORATORIES LIMITED,

                  Defendants.

09 Civ. 02555 (PGG) (KNF)

---

SHIRE CANADA INC., SHIRE
INTERNATIONAL LICENSING B.V., and
SHIRE US INC.,

                    Plaintiffs,

    - against -

NATCO PHARMA LIMITED,

                  Defendant.

09 Civ. 03165 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the above-captioned actions are consolidated for discovery and pre-trial motions pursuant to Fed. R. Civ. P. 42(a).

Dated: New York, New York
May 13, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2