```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/11
```

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

KINDRA M. BAER
TEL 202.662.5059
FAX 202.778.5059
KBAER @ COV.COM

**MEMO ENDORSED**

April 27, 2011

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: May 2, 2011

**VIA FACSIMILE**

Hon. Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York, 10007-1312
Fax: 212-805-7986

Re:  *Shire Canada Inc., Shire Int'l Licensing B.V., and Shire US Inc. v. Barr Labs., Inc.*, 09 Civ. 2380 (S.D.N.Y.) (PGG) (KNF)

*Shire Canada Inc., Shire Int'l Licensing B.V., and Shire US Inc. v. Mylan Inc., Mylan Pharms. Inc., and Matrix Labs. Ltd.*, 09 Civ. 2555 (S.D.N.Y.) (PGG) (KNF)

*Shire Canada Inc., Shire Int'l Licensing B.V., and Shire US Inc. v. Natco Pharma Ltd.*, 09 Civ. 3165 (S.D.N.Y.) (PGG) (KNF)

Dear Judge Gardephe:

I have appeared as counsel for Plaintiffs in the above-captioned cases. Since I will be leaving Covington & Burling LLP effective April 29, 2011 to assume another position, I respectfully request entry of an order directing the Clerk to remove my individual appearance from the docket. My departure will not affect any pending deadlines nor occasion any delays in these actions.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Kindra M. Baer

cc: Robert F. Green, Esq. (Lead Counsel for Natco Pharma Limited) (via facsimile)
 Beth D. Jacob, Esq. (Lead Counsel for Mylan Inc. et al.) (via facsimile)
 John L. North, Esq. (Lead Counsel for Barr Laboratories, Inc.) (via facsimile)

- 1 -