IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., AND SHIRE US INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 09-2380-PGG-KNF |

## MOTION OF ATTORNEY LAURA F. FRITTS TO WITHDRAW AS COUNSEL FOR DEFENDANT BARR LABORATORIES, INC.

The undersigned attorney, Laura F. Fritts, formerly of Sutherland Asbill & Brennan LLP, respectfully moves this Court pursuant to Local Civil Rule 1.4 to withdraw as attorney of record for Defendant Barr Laboratories, Inc. ("Barr"). The law firm of Sutherland Asbill & Brennan LLP will continue to serve as counsel of record for Barr. Notice has been provided to Barr, and no hardship will be caused by this withdrawal. This withdrawal will not affect any pending deadlines nor occasion any delays in this action.

Respectfully submitted this 19th day of May, 2011.

Laura F. Fritts
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Telephone:    (404) 260-6132
Facsimile:    (404) 260-6081

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 19, 2011 a true and correct copy of the foregoing, **MOTION OF ATTORNEY LAURA F. FRITTS TO WITHDRAW AS COUNSEL FOR DEFENDANT BARR LABORATORIES, INC.**, was filed by CM/ECF and served upon the following counsel as indicated below:

**BY FEDERAL EXPRESS:**

*Attorney for Plaintiffs Shire Canada, Inc., Shire International Licensing B.V., and Shire US Inc.:*

Jeffrey H. Lerner
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-662-6000
Fax: 202-662-6291
Email: jlerner@cov.com

**BY ELECTRONIC MAIL:**

*Attorneys for Plaintiffs Shire Canada, Inc., Shire International Licensing B.V., and Shire US Inc.:*

Jeffrey B. Elikan
George F. Pappas
Jeffrey H. Lerner
Michael N. Kennedy
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-662-6000
Fax: 202-662-6291
Email: jelikan@cov.com
       gpappas@cov.com
       jlerner@cov.com
       mkennedy@cov.com

*Attorneys for Defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Matrix Laboratories Limited:*

Beth D. Jacob
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY  10022
Phone: 212-754-0835
Fax: 212-753-5044
Email: bjacob@schiffhardin.com

Douglass C. Hochstetler
Jason G. Harp
Kathryn S. Devine
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Chicago Tower
Chicago, IL  60606
Phone:  312-258-5500
Fax: 312-258-5600
Email: dhochstetler@schiffhardin.com
        jharp@schiffhardin.com
        kdevine@schiffhardin.com
        spatel@schiffhardin.com

*Attorneys for Defendant Natco Pharma Limited:*

Robert F. Green
Christopher T. Griffith
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza - Suite 4900
Chicago, IL  60601-6780
Telephone: (312) 616-5600
Facsimile:  (312) 616-5700
Email: rgreen@leydig.com
        cgriffith@leydig.com
        cborg-breen@leydig.com

_____
Joshua D. Curry